UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KYLE MORGAN )<br>    Plaintiff, )<br>v. )<br>    )<br>CHRISTY MICHELLE DAVIS, As a trustee of )<br>R. Earl Davis Generation skipping exempt trust and )<br>MICHAEL CHRISTOPHER SETZER, As a trustee )<br>of R. Earl Davis Generation skipping )<br>exempt trust )<br>    Defendants. ) | **JUDGMENT**<br>No. 5:23-CV-614-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on Memorandum and Recommendation of the magistrate judge and subsequent failure to respond to court's order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 11, 2024 and for the reasons set forth more specifically therein, this case is dismissed for plaintiff's failure to prosecute.

**This Judgment Filed and Entered on May 8, 2024, and Copies To:**
David Martin (via CM/ECF Notice of Electronic Filing)

May 8, 2024      PETER A. MOORE, JR. CLERK

               /s/ Sandra K. Collins
              (By) Sandra K. Collins, Deputy Clerk